Volume 1

Exhibit List – RICO Predicate Acts and Supporting Evidence

The following exhibits are provided in support of Plaintiff's civil RICO claims and reflect the current documentary evidence available prior to discovery. Plaintiff reserves the right to supplement this list as additional evidence is obtained through formal discovery and subpoena compliance.

| Exhibit | Title / Description | Linked Defendant(s) | Purpose / RICO Predicate Support |
|---|---|---|---|
| Exhibit A | Timeline of Custody Interference and ADA Retaliation (2020–2025) | Jonathan Lawson, Godderz, Poe, Bolton | Establishes pattern and continuity of racketeering conduct |
| Exhibit B | Email: Jonathan Lawson Appointment with Jordan Walter | Jonathan Lawson, AdventHealth, Jordan Walter | Evidence of medical decision-making exclusion, custodial interference, ADA violation |
| Exhibit C | Medical Record – Chest Lump Evaluation Denied | Jonathan Lawson, AdventHealth | Denial of medical care, custody abuse, harm to child |
| Exhibit D | Finalized Judicial Complaint – Judge Eric Godderz | Eric Godderz | Supports bias, obstruction of justice (18 U.S.C. § 1503) |
| Exhibit E | Writ of Mandamus (March 7, 2025) | Godderz, Taylor Wine | Jurisdictional refusal, violation of 28 U.S.C. § 1446(d), 18 U.S.C. § 1512(c) |
| Exhibit F | Police Report – Physical Abuse August 25, 2024 | Jonathan Lawson | Confirms endangerment, ignored by court enterprise |
| Exhibit G | Gmail – GAL Threatening David (Oct 11, 2024) | Andrew Bolton | Witness retaliation under 18 U.S.C. § 1513(e) |
| Exhibit H | AdventHealth Grievance Retaliation Response | Jordan Walter, AdventHealth | Medical retaliation, improper use of grievance in court |
| Exhibit I | Email chain w/Psychological Evaluation Motion (BreAnne Poe) | BreAnne Poe | Shows retaliation for seeking discovery and use of false allegations to initiate ADA-based discrediting |
| Exhibit J | Subpoena Noncompliance Log | Jeanne Robinson, Jim Morrow, Morrow Willnauer, Steve Holman | Spoliation and obstruction under 18 U.S.C. §§ 1512(c), 1519 |
| Exhibit K | Business Entity Research (X-REP.com, Yadayada LLC, etc.) | Jonathan Lawson, Steve Holman | Enterprise profit laundering and financial concealment |
| Exhibit L | Child's Grade Reports – Academic Decline Post-Custody Transfer | Jonathan Lawson, Andrea Dunseth | Shows adverse impact of enterprise conduct on minor child |

| Exhibit | Title / Description | Linked Defendant(s) | Purpose / RICO Predicate Support |
|---|---|---|---|
| Exhibit M | Therapist Ethics Complaint (Andrea Dunseth) | Andrea Dunseth, McDonald Law Group | Facilitated retaliation after complaint; suppressed abuse disclosures |
| Exhibit N | Emails Between OJA Staff on ADA Retaliation (Stacy Jeffress, Elyssa Ellis) | Stacy Jeffress, Elyssa Ellis, Jolene Zirkle, Taylor Wine | Internal suppression of ADA filings; RICO enterprise shield coordination |
| Exhibit O | Canceled Visitation Logs & Financial Receipts | Jonathan Lawson, Poe, Layne Project | Financial harm, parenting time deprivation, coercive control |
| Exhibit P | Proof of Federal Removal Filing (May 6, 2024) | Godderz, Wine | Confirms state court acted without jurisdiction |
| Exhibit Q | Layne Project Communications (Provider Shift, Payment Refusals) | Jonathan Lawson, Poe, Layne Project | Pattern of controlling access to child, violating court orders |
| Exhibit R | Medical Grievance File (Patient-Grievances AAAHC Submission) | AdventHealth, Walter | Shows accreditation concerns, medical retaliation patterns |
| Exhibit S | Notice of Judicial Misconduct Returned Without Review | Kansas Commission on Judicial Conduct, Taylor Wine | Suppression of oversight processes, RICO conspiracy aid |
| Exhibit T | Evidence of PPP Loan Fraud (Forged Joint Returns) | Jonathan Lawson | Mail/wire fraud predicate; enterprise funding through government fraud |

This Exhibit List is not exhaustive. Plaintiff anticipates that discovery, including subpoenas, interrogatories, depositions, and third-party document production, will yield additional evidence supporting the pattern, continuity, and scope of the RICO enterprise and its predicate acts.