IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF KANSAS

Wichita Division

Angeliina Lynn Lawson,
Plaintiff, pro se,
v.
Eric W. Godderz, et al.,
Defendants.

Case No. 6:25-cv-01179-JWB-ADM

Jury Trial Demanded

## PLAINTIFF'S RENEWED MOTION FOR ASSIGNMENT TO THREE-JUDGE OUT-OF-DISTRICT PANEL

Plaintiff, appearing pro se, respectfully renews her request for assignment of this matter to a three-judge panel of out-of-district judges with demonstrated experience in civil RICO litigation, pursuant to 28 U.S.C. §§ 455(a), 455(b)(1), 292(b), and 294.

I. Procedural Background

1. On August 14, 2025, Plaintiff filed her Motion for Out-of-District Judge and Complex Case Designation (Doc. 4), requesting assignment to a three-judge panel of out-of-district judges due to the systemic conflicts of interest inherent in a case that names multiple sitting Kansas judges, clerks, and court staff as defendants.
2. On August 19, 2025, the case was reassigned to the Honorable John W. Broomes (Doc. 8). Judge Broomes is already presiding over Plaintiff's related matters (Case Nos. 2:25-cv-02199, 2:25-cv-02171, 2:25-cv-02251, and 5:25-cv-4045 in 10th Circuit Appeal #25-3097), which involve overlapping defendants and allegations of child safety, judicial misconduct and ADA retaliation. These cases have either been dismissed, unnecessarily delayed or stayed, and appealed due to premature dismissal.
3. The reassignment order did not address Plaintiff's specific request for a three-judge panel of out-of-district judges with RICO expertise, and instead placed the case under a judge directly connected to Plaintiff's ongoing litigation with the same defendants.

II. Grounds for Relief

1. Appearance of Bias and Partiality.
   Under 28 U.S.C. § 455(a), a judge must disqualify himself in any proceeding in which his

impartiality might reasonably be questioned. Assignment to Judge Broomes—already ruling in Plaintiff's related cases—creates a strong appearance of partiality.
2. Institutional Conflict of Interest.
Because this action names multiple District courts, Kansas judges and judicial staff as defendants, no judge sitting within the District of Kansas can reasonably preside without the appearance of conflict.
3. Authority to Assign Visiting Judges.
    - 28 U.S.C. § 292(b) authorizes the Chief Judge of the Tenth Circuit to assign district judges from outside the District of Kansas to hear this case.
    - 28 U.S.C. § 294 authorizes designation of senior judges from other districts to serve as part of a special panel.
4. Complexity and RICO Expertise.
This is a multi-defendant RICO action under 18 U.S.C. §§ 1961–1968, involving dozens of documented predicate acts, a mix of state and federal actors, and allegations of systemic misconduct. A three-judge out-of-district panel with demonstrated RICO experience is necessary to ensure efficient, impartial, and expert adjudication.

III. Relief Requested

Plaintiff respectfully requests that this Court:

1. Vacate the reassignment to Judge Broomes;
2. Refer this matter to the Chief Judge of the Tenth Circuit for designation of a three-judge panel of out-of-district judges pursuant to 28 U.S.C. §§ 292(b) and 294;
3. Ensure that no member of the panel has ties, connections, or prior associations with any of the judicial defendants named in this action; and
4. Preferably appoint judges with demonstrated civil RICO experience to ensure fair and informed management of this complex case.

Respectfully submitted,                                    Dated: August 19, 2025

*/s/ Angeliina Lynn Lawson*

Angeliina Lynn Lawson

Plaintiff, Pro Se

1914 5th Avenue, Leavenworth, KS 66048

(913) 972-1661 | AngeliinaCourtRecords@gmail.com

CERTIFICATE OF SERVICE

I hereby certify that on this 19 day of August, 2025, I served true and correct copies of the Summons and Verified Civil RICO Complaint for Damages and Injunctive Relief upon the following Defendants by personal service through the U.S. Marshal's Service. Service was executed in accordance with Fed. R. Civ. P. 4 and the Local Rules of the U.S. District Court for the District of Kansas.

Respectfully submitted,

*/s/ Angeliina Lynn Lawson*

Angeliina Lynn Lawson

Plaintiff, Pro Se