IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF KANSAS

Wichita Division

ANGELIINA LYNN LAWSON,

Plaintiff, pro se,

v.

Eric W. Godderz, et al.,

Defendants.

Case No. 6:25-cv-01179

Jury Trial Demanded

3 Panel Judge Requested

Out-of-District Judges

MOTION TO VACATE MINUTE ORDER OF REASSIGNMENT AND FOR

REASSIGNMENT TO A NEUTRAL MAGISTRATE JUDGE

Plaintiff respectfully moves this Court to vacate the Minute Order dated August 19, 2025, which reassigned this case from Magistrate Judge Angel D. Mitchell to Magistrate Judge Teresa J. James. (ECF No. 9).

I. Basis for the Motion

1. The reassignment order places this matter before Magistrate Judge Teresa J. James, who has previously presided over Plaintiff's other federal cases involving related facts, legal issues, and parties.

2. Plaintiff expressly requested reassignment to avoid further proceedings before the same judicial officers who had prior involvement in Plaintiff's ADA, civil rights matters.

3. Under 28 U.S.C. § 455(a), "[a]ny… judge… shall disqualify [her]self in any proceeding in which [her] impartiality might reasonably be questioned." Where prior R&R of dismissals prior to summons in 2:25-cv-02199, pre-decision to stay the case in 2:25-cv-02171, premature dismissals in 5:25-cv-04045, and no action in 2:25-cv-02251 creates the appearance of bias or predisposition, reassignment is required.

4. Further, under 28 U.S.C. § 455(b)(1), disqualification is warranted where the judge "has a personal bias or prejudice concerning a party, or personal knowledge of disputed evidentiary facts concerning the proceeding."

5. Plaintiff submits that Judge James's prior rulings in substantially related matters create at minimum the appearance of partiality, undermining due process and Plaintiff's right to a neutral tribunal. See Liteky v. United States, 510 U.S. 540 (1994).

6. The Court's reassignment order was issued as an administrative text entry, without explanation, and in disregard of Plaintiff's stated request for a neutral magistrate.

II. Relief Requested

Plaintiff respectfully requests:

1. That the Court vacate the August 19, 2025 Minute Order of Reassignment;
2. That Magistrate Judge Teresa J. James be recused from this matter pursuant to 28 U.S.C. §§ 144, 455;
3. That this case be reassigned to a neutral magistrate judge with no prior involvement in Plaintiff's federal cases;
4. That the Chief Judge of this District oversee the reassignment to ensure impartiality and avoid further appearance of bias or retaliatory reassignment.

III. Conclusion

For the foregoing reasons, Plaintiff respectfully requests that the Court grant this Motion, vacate the reassignment, and reassign this matter to a magistrate judge without prior involvement in Plaintiff's cases.

Respectfully,                                              Dated: August 19, 2025

/s/ Angeliina Lynn Lawson

Angeliina Lynn Lawson, Plaintiff Pro Se

1914 5th Ave., Leavenworth, KS 66048

AngeliinaCourtRecords@gmail.com | (913) 972-1661

CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of August 2025, a true and correct copy of the foregoing MOTION TO VACATE MINUTE ORDER OF REASSIGNMENT AND FOR REASSIGNMENT TO A NEUTRAL MAGISTRATE JUDGE, along with the summons, will be served by the Clerk of the Court via the ECF system and by certified mail, return receipt requested, upon all named Defendants at their last known addresses, in accordance with Fed. R. Civ. P. 4 and the Local Rules of the United States District Court for the District of Kansas through US Marshalls office.

/s/ Angeliina Lynn Lawson

Angeliina Lynn Lawson

Plaintiff Pro Se