IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF KANSAS

Angeliina Lynn Lawson,
Plaintiff, pro se,

v.
Eric W. Godderz, et al.,
Defendants.

Case No. 6:25-cv-01179-JWB

NOTICE PRESERVING ARTICLE III AND JURY TRIAL RIGHTS

Plaintiff, appearing pro se, respectfully files this notice to preserve her constitutional objections and rights as follows:

1. Article III Judicial Forum. Plaintiff objects to any ruling that extinguishes her access to a judicial forum without trial. Under *Gutierrez v. Saenz*, 606 U.S. __ (2025), due process does not permit courts to extend access with one hand while withdrawing it with the other.

2. Seventh Amendment and Kansas Bill of Rights § 5. Plaintiff preserves her inviolate right to a jury trial on all claims properly triable by jury. Across sixteen prior proceedings, Plaintiff has been denied a jury trial in 100% of cases. This record demonstrates systemic obstruction rather than adjudication.

3. Referral Under 28 U.S.C. §§ 292(b), 294. Plaintiff reiterates that her Motion for Out-of-District Judges (Doc. 4) seeks statutory reassignment by the Chief Judge of the Tenth Circuit. Any ruling that fails to transmit that request to Chief Judge Jerome A. Holmes constitutes structural bias under *Caperton v. A.T. Massey Coal Co.*, 556 U.S. 868 (2009).

4. ADA Retaliation. Plaintiff objects to any further procedural retaliation in response to her ADA accommodation requests, as prohibited by 42 U.S.C. § 12203 and *Tennessee v. Lane*, 541 U.S. 509 (2004).

5. Preservation of Objections. These objections are preserved for appeal to the Tenth Circuit and, if necessary, to the Supreme Court of the United States.

Respectfully submitted,                                         Dated: August 25, 2025

/s/ Angeliina Lynn Lawson

Angeliina Lynn Lawson
Plaintiff, Pro Se
1914 5th Ave
Leavenworth, KS 66048
(913) 972-1661
AngeliinaCourtRecords@gmail.com

Certificate of Service

I hereby certify that on August 25, 2025, I filed the foregoing Notice Preserving Article III and Jury Trial Rights with the Clerk of the Court using the CM/ECF system, which will send electronic notice of filing to all registered counsel of record.

For any party not registered with CM/ECF, I further certify that a true and correct copy of this filing was served by first-class U.S. Marshall

/s/ Angeliina Lynn Lawson
Angeliina Lynn Lawson, Plaintiff Pro Se