IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF KANSAS – WICHITA DIVISION

ANGELIINA LYNN LAWSON,

Plaintiff, pro se,

v.

ERIC W. GODDERZ, et al.,

Defendants.

Case No. 6:25-cv-01179-JWB-TJJ

JURY TRIAL DEMANDED

3 PANEL JUDGES

OUT OF DISTRICT REQUESTED

AFFIDAVIT PURSUANT TO 28 U.S.C. § 144

---

I, Angeliina Lynn Lawson, declare under penalty of perjury that the following is true and correct:

1. I am the Plaintiff in this case.

2. Judge John W. Broomes and Magistrate Judge Teresa J. James have demonstrated ongoing personal bias and prejudice against me by:

- - Denying me access to evidence preservation under Rule 37(e);

- - Withholding summons after granting in forma pauperis status across multiple cases;

- - Denying or delaying emergency protective motions affecting my minor child;
- - Replicating the same predicate acts (procedural suppression and obstruction) alleged in my civil RICO complaint.

3. These actions are not mere judicial error, but establish a pattern of personal and institutional hostility toward me as a disabled pro se litigant.

4. I believe I cannot obtain a fair hearing before either judge and respectfully request immediate disqualification under 28 U.S.C. § 144.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: September 11, 2025

/s/ Angeliina Lynn Lawson

Angeliina Lynn Lawson, Pro Se Plaintiff

1914 5th Avenue, Leavenworth, KS 66048

angeliinacourtrecords@gmail.com | (913) 972-1661

CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of September, 2025, I served a true and correct copy of the foregoing Affidavit Pursuant to 28 U.S.C. § 144 upon all parties and counsel of record via the Court's CM/ECF system.

/s/ Angeliina Lynn Lawson
Angeliina Lynn Lawson, Pro Se Plaintiff