IN THE UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

Case No. 25-3158

Angeliina Lynn Lawson, Petitioner

v.

Judge John Broomes,

Judge Teresa James,

Respondents

# MOTION FOR LEAVE TO FILE AND RECEIVE ELECTRONICALLY VIA CM/ECF

COMES NOW Petitioner Angeliina Lynn Lawson, proceeding pro se, and respectfully moves this Court for leave to file and receive documents electronically in the above-captioned appeal pursuant to Tenth Circuit Rule 25.5 and the Court's inherent authority.

In support of this motion, Petitioner states the following:

1. Petitioner is a pro se litigant in active federal appellate proceedings involving emergency constitutional, ADA, and civil RICO claims.

2. Petitioner has reliable internet access, an active email address (angeliinacourtrecords@gmail.com), and the ability to prepare, file, and serve documents via PDF and CM/ECF.

3. Petitioner has previously filed in CM/ECF in related federal and district court matters and is familiar with the system's requirements.

4. Due to her ADA-recognized communication disability and the urgency of this matter, electronic filing access is necessary to ensure timely and accessible participation in these proceedings.

5. Granting this request will reduce delay, support judicial efficiency, and comply with Plaintiff's right to meaningful access to the courts under Title II of the ADA and applicable federal rules.

WHEREFORE, Petitioner respectfully requests that the Court enter an order granting her leave to file and receive all documents electronically in this matter via CM/ECF.

Respectfully submitted,    Dated: September 16, 2025

/s/ Angeliina Lynn Lawson

Angeliina Lynn Lawson

1914 5th Avenue, Leavenworth, KS 66048

angeliinacourtrecords@gmail.com | (913) 972-1661

## Certificate of Service

I hereby certify that on this 16th day of September, 2025, I caused a true and correct copy of the foregoing Motion for Leave to File and Receive Electronically via CM/ECF to be served by electronic mail and/or U.S. Mail, as applicable, upon all parties and relevant court officials, including:

- The Clerk of the United States Court of Appeals for the Tenth Circuit
  Byron White United States Courthouse
  1823 Stout Street
  Denver, CO 80257
- Judge John W. Broomes and Magistrate Judge Teresa J. James, served through the Clerk of the U.S. District Court for the District of Kansas
  Email: ksd_clerks_wichita@ksd.uscourts.gov

/s/ Angeliina Lynn Lawson

Angeliina Lynn Lawson