# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

## Entry of Appearance - Pro Se

**Angeliina Lynn Lawson,**
**Petitioner**

Case No. 25-3158

v.

**Judge John Broomes,**
**Mag. Judge Teresa James,**
**Respondent**

I hereby notify the clerk that I am appearing pro se as the

_____ Angeliina Lynn Lawson, Petitioner _____
(Appellant, Petitioner, Appellee or Respondent)

in this case. All notices regarding the case should be sent to me at the address below. If my mailing address changes, I will promptly notify the clerk in writing of my new address.

Further, in accordance with 10th Cir. R. 46.1, I certify: **(Check one.)**

x   All parties to this litigation, including parties who are now or have been interested in this litigation, are revealed by the caption on appeal, or

   There are parties interested in this litigation that do not appear in the caption for this appeal, and they are listed on the back of this form.

_____   __Angeliina Lynn Lawson_____
Signature                                              Name
                                                       _1914 5th Ave_____
                                                       Mailing Address
                                                       _Leavenworth, KS 66048_____
                                                       City          State       Zip Code

# CERTIFICATE OF SERVICE

I hereby certify that:

    x    All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

    x    On __September 16, 2025_____ I sent a copy of the Pro Se Entry
              [date]

of Appearance Form to:__Judge John Broomes and Mag. Judge Teresa James

at__District of Kansas Courthouse Clerk's office, the last known

email address, by __Email_____.
                        [state method of service]

_September 16, 2025_
Date

_____
Signature

---

# CERTIFICATE OF INTERESTED PARTIES
(attach additional pages if necessary)