UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

## Consent to Electronic Service

**Angeliina Lynn Lawson,**
**Petitioner**

v.

**Judge John Broomes,**
**Judge Teresa James,**
**Respondent**

Case No. 25-3158

I hereby notify the clerk that I consent to receive electronic service of all documents filed in this appeal via the Court's Electronic Case Management system (ECF). All notices and electronic filings for the above-captioned case(s) should be sent to me at the email address below. If my email address changes, I will promptly notify the clerk in writing of my new email address. I understand that I will no longer receive paper copies of any documents issued by the court or electronically filed by other parties to this appeal. I understand that I need to separately consent to electronic service for each appeal in which I wish to receive electronic service and this consent is only effective as to the above captioned appeal(s).

____Angeliina Lynn Lawson_____
Name

____AngeliinaCourtRecords@gmail.com_____
Email address (type or print clearly)

_____
Signature

**CERTIFICATE OF SERVICE**

I hereby certify that on ___September 16, 2025_____ I sent a copy of
[date]
the Consent to Electronic Service to: _Judge John Broomes and Judge Teresa James

at__District of Kansas Courthouse Clerk's office_____

_____, the last known

address/email address, by

____Email___ksd_clerks_wichita@ksd.uscourts.gov_____.

[state method of service]

9/16/25

Date

Signature