IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

ANGELIINA LYNN LAWSON,

    Plaintiff,

v.

ERIC GODDERZ, *et al.*,

    Defendants.

Case No. 2:25-cv-01179-JWB-TJJ

## ORDER STRIKING PLAINTIFF'S SECOND AMENDED PLEADING UNDER FED. R. CIV. P. 15(a)

This matter comes before the Court on Plaintiff's Second Amended Complaint (ECF No. 29). For the reasons discussed herein, the Court orders Plaintiff's Second Amended Complaint be stricken from the docket.

Federal Rule of Civil Procedure 15(a)(1) allows a party to amend their Complaint "once as a matter of course . . . ." All subsequent amendments must be made only "with the opposing party's written consent or the court's leave."[1] Absent the opposing party's written consent, a party must file a motion and obtain leave of court before filing a subsequently amended pleading. In its discretion, the court may then allow filing of the proposed amended pleading.

Plaintiff filed this action on August 15, 2025. Plaintiff filed a First Amended Complaint (ECF No. 12) on August 20, 2025. Plaintiff, without seeking leave of court, then filed a Second Amended Complaint on October 24, 2025. Plaintiff's Second Amended Complaint is therefore

---

[1] Fed. R. Civ. P. 15(a)(2).

improper, as Plaintiff failed to file a proper motion and obtain leave of court to file another amended complaint.

**IT IS THEREFORE ORDERED** that Plaintiff's Second Amended Complaint (ECF No. 29) be STRICKEN from the record.

Dated October 31, 2025, at Kansas City, Kansas.

Teresa J. James
U. S. Magistrate Judge