IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF KANSAS – WICHITA DIVISION

ANGELIINA LYNN LAWSON,

Pro Se Plaintiff, and Next Friend to Minor D.L.

ADA-Protected Litigant,

v.

ERIC W. GODDERZ, et al.,

Defendants.

Case No. 6:25-cv-01179

TRIAL BY JURY DEMANDED

THREE-JUDGE PANEL REQUESTED UNDER 28 U.S.C. § 292(b)

DISQUALIFICATION OF JUDGES: JAMES AND BROOMES

FINIANCIAL ENTANGELMENT

FRAUD UPON THE COURT

TITLE II ADA PROTECTED LITIGANT

NOTICE OF CLAIM FOR DAMAGES UNDER TUCKER ACT – FEDERAL JUDICIAL GATEKEEPING, ARTICLE III FORUM DENIAL, AND FIRST AMENDMENT RETALIATION

1

## I. INTRODUCTION AND PURPOSE

Pursuant to 28 U.S.C. § 1491 (Tucker Act), Plaintiff Angeliina Lynn Lawson, appearing pro se and as next friend to her disabled minor child D.L., hereby submits formal notice of federal claims for compensable constitutional injury arising from judicial misconduct, retaliatory orders, and structural denial of Article III access committed by U.S. District Judge John W. Broomes, among others, in the above-captioned civil RICO and ADA matter.

This Notice constitutes presentment of monetary damages for breach of federally enforceable rights, retaliation against protected speech and filings, and denial of access to a neutral judicial forum. It is submitted for the record under Rule 27 and in anticipation of proceedings in the U.S. Court of Federal Claims.

## II. LEGAL BASIS

Plaintiff brings this Notice under the following:

- Tucker Act, 28 U.S.C. § 1491
- Rule 27(a) of the RCFC (Preservation of Claims and Evidence)
- 42 U.S.C. § 1983 (civil rights deprivation)
- 42 U.S.C. § 12203(b) (ADA retaliation)
- First Amendment (right to petition)
- Fifth and Fourteenth Amendments (due process, equal protection)
- Seventh Amendment (jury trial right)
- 28 U.S.C. §§ 455 & 292(b) (disqualification and judicial assignment)

### III. DAMAGES LEDGER – FEDERAL JUDICIAL OBSTRUCTION

| # | Category of Harm | Description | Amount Claimed |
|---|---|---|---|
| 1 | Denial of Jury Trial | Refusal to honor Rule 38 jury trial demand and factual disputes | $2,500,000 |
| 2 | Suppression of Fraud Evidence | Failure to rule on Rule 60(d)(3) motion with verified fraud (Dkt 28, 34) | $5,000,000 |
| 3 | Retaliatory Order (Nov. 14) | Labeling protected filings "frivolous," public character defamation | $3,500,000 |
| 4 | Denial of Article III Forum | Blocking adjudication of constitutional claims | $4,000,000 |
| 5 | ADA Retaliation | Suppressing filings and denying ADA-based motions (Dkt. 43, 44) | $2,000,000 |
| 6 | Suppression of Rule 27 Filings | Retaliatory strike after Nov. 12–14 preservation requests (Dkt 42) | $3,000,000 |
| 7 | Summons Withholding | Obstructing Rule 4 service of RICO defendants | $1,750,000 |
| 8 | Emotional Distress and Whistleblower Harm | For retaliation, slander, and judicial gaslighting | $3,000,000 |

Subtotal: $24,750,000.00

### IV. TRIGGERS FOR CONTINUED HARASSMENT & ACCRUAL

Plaintiff hereby gives notice that continued judicial retaliation or suppression of rights will result in daily and per-act financial liability as follows:

- $100,000 per day denial of access to an Article III forum continues
- $250,000 per retaliatory ruling against protected filings
- $100,000 per motion or filing labeled "frivolous" without legal review
- $500,000 per failure to adjudicate pending Rule 60(d)(3) fraud filings
- $1,000,000 per omitted summons to named defendants in active RICO litigation
- $2,000,000 per month ADA retaliation continues without court response
- $500,000 per suppression of Rule 27, Rule 37, or emergency notices

These amounts are based on actual economic, constitutional, and reputational harm traceable to judicial acts taken under color of federal authority in violation of binding duties and statutes.

V. CERTIFICATION OF FEDERAL PRESENTMENT

This document constitutes a formal Notice of Claim and Presentment of Monetary Damages against the federal judiciary under 28 U.S.C. § 1491.

Plaintiff hereby certifies that:

1. The harms documented herein arise from federal actors acting under judicial authority;
2. Plaintiff has exhausted internal remedies (Rule 60, Rule 27, ADA notices);
3. All violations stated here are compensable under the Tucker Act, and
4. These claims will be referred to the U.S. Court of Federal Claims if not cured or addressed.

VI. REQUESTED ACTIONS

1. This Notice constitutes formal presentment of monetary damages under the Tucker Act (28 U.S.C. § 1491) arising from federal judicial obstruction, Article III forum denial, and retaliation.

2. This Court, its judicial officers, and related federal officials are now on notice that:
   - Continued suppression of constitutional claims, Rule 60(d)(3) fraud filings, or disability-based filings may result in additional accrual of financial liability;
   - All internal communications, draft orders, and metadata from August 15, 2025 to present are subject to preservation under Rule 27 and RCFC 27(a)(3);
   - The structural and reputational harms caused by the November 14, 2025 order and related docket activity are now monetized and lodged for review by the Court of Federal Claims.

3. No action is requested from this Court at this time, except that it enter this Notice into the public record and preserve the attached claims data and supporting filings.

4. This Notice satisfies federal exhaustion and presentment requirements and may be supplemented or converted to formal pleading upon assignment of a docket in the United States Court of Federal Claims.

This Notice is submitted to preserve Plaintiff's standing, monetary claims, and jurisdictional exhaustion under 28 U.S.C. § 1491 for anticipated transfer to the United States Court of Federal Claims.

Respectfully submitted,                                              Dated: November 20, 2025

/s/ Angeliina Lynn Lawson

Pro Se Plaintiff, and Next Friend to Minor D.L.

ADA-Protected Litigant,

1914 Fifth Avenue Leavenworth, KS 66048

(913) 972-1661

CERTIFICATE OF SERVICE

On this date Nov 20, 2025, I certify that a true and correct copy of the foregoing Notice was filed via CM/ECF and served on all registered parties of record.

/s/ Angeliina Lynn Lawson

Pro Se Plaintiff, and Next Friend to Minor D.L., ADA-Protected Litigant,