# UNITED STATES DISTRICT COURT
### OFFICE OF THE CLERK
### DISTRICT OF KANSAS

259 ROBERT J. DOLE U.S. COURTHOUSE
500 STATE AVENUE
KANSAS CITY, KS 66101

**SKYLER B. O'HARA**
CLERK
E-MAIL: Skyler_OHara@ksd.uscourts.gov
(913) 735-2220

204 U.S.COURTHOUSE
401 N. MARKET
WICHITA, KS 67202

May 21, 2026

**STEPHANIE MICKELSEN**
CHIEF DEPUTY CLERK
E-MAIL: Stephanie_Mickelsen@ksd.uscourts.gov
(913) 735-2235

490 U.S.COURTHOUSE
444 NE QUINCY
TOPEKA, KS 66683

## SEE NOTICE OF ELECTRONIC FILING

Pro Se Appellant Appeal

RE:  Lawson v. Godderz et al

District Court Case No.:    25-cv-1179-JWB-JBW

Notice of Appeal filed by:  Plaintiff Angeliina Lynn Lawson

Fee Status:                 Not Paid (IFP granted on 8/21/2025)

The following documents are for the parties in connection with the Notice of Appeal: Notice of Appeal and Copy of the Docket Sheet.

If you have any questions, please contact the Office of the Clerk of the U.S. Court of Appeals in Denver, Colorado at (303)844-3157.

Sincerely,
SKYLER B. O'HARA
CLERK OF COURT

By: _____/s/ Kylee Shrum_____
              Deputy Clerk

Cc: Clerk, U.S. Court of Appeals
        (Notice of Appeal, Docket Sheet, & Preliminary Record)